UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Mitchell, Jennifer

Debtor(s).

Order Filed on September 2, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 20-20319/MBK

Adv. No.:

Hearing Date: August 25, 2021 @ 9:00 am

Judge: Michael B. Kaplan

### ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through  _n/a_  is hereby **ORDERED**.

**DATED: September 2, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Mitchell, Jennifer
Case No: 20-20319/MBK

### ORDER ON MOTION TO ALLOW LATE FILING OF PROOF OF CLAIM

**THIS MATTER** having come before the Court upon motion of Daniel E. Straffi, Jr., Attorney for Debtor, for an Order to Allow Late Filing of Proof of Claim and the Court having considered the application submitted in support thereof, the opposition thereto, the arguments of counsel, and for good cause shown; it is hereby

**ORDERED**

1. That the filed priority proof of claim #15-1 of the State of New Jersey, be allowed and deemed timely filed.

2. That the Chapter 13 Standing Trustee shall pay the priority claim in accordance with the confirming order; and it is

**FURTHER ORDERED** that a copy of this Order shall be served on all parties in interest within five (5) days of the date hereof.