# UNITED STATES BANKRUPTCY COURT
District of New Jersey

In Re:  Mitchell, Jennifer A.  
    Debtor(s)

Case No 20-20319  
Chapter  13

Judge:  Michael B. Kaplan

## NOTICE OF VOLUNTARY CONVERSION OF CASE TO CHAPTER 7

1. The debtor, Jennifer A. Mitchell, hereby voluntarily converts the within Chapter 13 case to a Chapter 7 case;

2. This case has not heretofore been converted to another case under the United States Bankruptcy Code.

Date: 3/11/12

_Jennifer A. Mitchell_   Debtor

Date:_____

_____ Debtor