| Information to identify the case: | | | | |
|---|---|---|---|---|
| **Debtor 1:** | Jennifer A. Mitchell | | Social Security number or ITIN: | xxx–xx–7203 |
| | First Name   Middle Name   Last Name | | EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:** (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN: _ _ _ _ EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | | Date case filed in chapter: | 13   9/3/20 |
| Case number: | 20–20319–KCF | | Date case converted to chapter: | 7    3/11/22 |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jennifer A. Mitchell | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 49 Abbie Dr<br>Little Egg Harbor, NJ 08087–9634 | |
| 4. | **Debtor's attorney**<br>Name and address | Daniel E. Straffi<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Contact phone 732–341–3800<br>Email: bkclient@straffilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Michael McDonnell<br>John Michael McDonnell, Ch. 7 Trustee<br>115 Maple Avenue<br>Red Bank, NJ 07701 | Contact phone 732–383–7233 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 3/14/22 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **April 6, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 6/6/22** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page **2**

United States Bankruptcy Court
District of New Jersey

In re:   Case No. 20-20319-KCF
Jennifer A. Mitchell   Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 3
Date Rcvd: Mar 14, 2022    Form ID: 309A    Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer A. Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| 518948637 | ++ | CROSS RIVER BANK, 2115 LINWOOD AVENUE, FORT LEE NJ 07024-5020 address filed with court:, Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 519000082 | + | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518948722 | | Kevin Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| 518948643 | | Loandepot, 619 Alexander Rd Ste 101, Princeton, NJ 08540-6000 |
| 518948648 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518948649 | | Prossional Account Management, LLC, PO Box 391, Milwaukee, WI 53201-0391 |
| 518948654 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283 Division Of Taxation, Trenton, NJ 08695-0283 |
| 518948653 | | Sst/medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 519145160 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518948658 | | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518948659 | | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bkclient@straffilaw.com | Mar 14 2022 20:35:00 | Daniel E. Straffi, Straffi & Straffi, LLC, 670 Commons Way, Toms River, NJ 08755 |
| tr | + | EDI: BJMMCDONNELLIII.COM | Mar 15 2022 00:38:00 | John Michael McDonnell, John Michael McDonnell, Ch. 7 Trustee, 115 Maple Avenue, Red Bank, NJ 07701-1752 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 14 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 14 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518948626 | | EDI: CITICORP.COM | Mar 15 2022 00:33:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518948630 | | EDI: CAPITALONE.COM | Mar 15 2022 00:33:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518948637 | | Email/Text: gtercero@crossriver.com | Mar 14 2022 20:36:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 518948627 | | EDI: CAPITALONE.COM | Mar 15 2022 00:33:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518948628 | | EDI: CAPITALONE.COM | Mar 15 2022 00:33:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518948629 | | EDI: CAPONEAUTO.COM | Mar 15 2022 00:33:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |

Case 20-20319-KCF  Doc 44  Filed 03/16/22  Entered 03/17/22 00:12:53  Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: 309A | Total Noticed: 53 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 518953721 | + EDI: AISACG.COM | Mar 15 2022 00:33:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518957782 | + EDI: AISACG.COM | Mar 15 2022 00:33:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518956501 | + EDI: AIS.COM | Mar 15 2022 00:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518948631 | EDI: CITICORP.COM | Mar 15 2022 00:33:00 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 518948633 | EDI: CITICORP.COM | Mar 15 2022 00:33:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518948632 | EDI: CITICORP.COM | Mar 15 2022 00:33:00 | Citicards Cbna, Citi Bank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518948634 | + EDI: COLLINSASSET.COM | Mar 15 2022 00:38:00 | Collins Asset Group, 5725 W Highway 290 Ste 1, Austin, TX 78735-8722 |
| 518948635 | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2022 20:47:07 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518948636 | Email/PDF: creditonebknotifications@resurgent.com | Mar 14 2022 20:47:07 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518948639 | EDI: DISCOVER.COM | Mar 15 2022 00:33:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 518953660 | EDI: DISCOVER.COM | Mar 15 2022 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518948638 | EDI: DISCOVER.COM | Mar 15 2022 00:33:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518948641 | EDI: AMINFOFP.COM | Mar 15 2022 00:33:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518948640 | EDI: AMINFOFP.COM | Mar 15 2022 00:33:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518948642 | EDI: IRS.COM | Mar 15 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518952940 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2022 20:47:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518963039 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2022 20:47:06 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518948644 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2022 20:47:05 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948645 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 14 2022 20:47:06 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948647 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2022 20:35:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 518948646 | Email/Text: Bankruptcy.Notices@pnc.com | Mar 14 2022 20:35:00 | Pnc Bank, Atn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 519012827 | EDI: PRA.COM | Mar 15 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518979583 | + EDI: JEFFERSONCAP.COM | Mar 15 2022 00:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518948650 | Email/Text: bankruptcyteam@quickenloans.com | Mar 14 2022 20:36:00 | Quicken Loans, 662 Woodward Ave, Detroit, MI 48226-3433 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518948651 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 14 2022 20:36:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519016145 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 14 2022 20:36:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518948652 | | EDI: PINNACLE.COM | Mar 15 2022 00:33:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518948655 | | EDI: RMSC.COM | Mar 15 2022 00:33:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519016140 | + | EDI: RMSC.COM | Mar 15 2022 00:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948927 | + | EDI: RMSC.COM | Mar 15 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948656 | | EDI: RMSC.COM | Mar 15 2022 00:33:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32801-5060 |
| 518948657 | | Email/Text: bankruptcysst@alorica.com | Mar 14 2022 20:35:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 518948658 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 14 2022 20:36:00 | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518948659 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Mar 14 2022 20:36:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519006531 | *+ | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2022   Signature:   /s/Joseph Speetjens