UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: _____20-20319_____ |
| MITCHELL, Jennifer A. | Chapter: _____7_____ |
| | Judge: _____KCF_____ |

## NOTICE OF PROPOSED ABANDONMENT

_____John Michael McDonnell_____ , _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
> United States Bankruptcy Court Clerk
> Clarkson S. Fisher U.S. Courthouse
> 402 East State Street
> Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on _____May 10, 2022_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ____2____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  Disney Vacation Member Services (1/2 owner)
> 1390 Celebration Blvd.
> Celebration, Florida 34747
>
> FMV=$8,000

Liens on property:
> Lien Amount=$0
>
> Minus 10% Cost of Sale

Amount of equity claimed as exempt:  $0

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| Name: | John Michael McDonnell, Trustee |
| Address: | 115 Maple Avenue, Red Bank, New Jersey 07701 |
| Telephone No.: | 732.383.7233 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-20319-KCF

Jennifer A. Mitchell                                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 06, 2022 | Form ID: pdf905 | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer A. Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518948722 | | Kevin Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| 518948643 | | Loandepot, 619 Alexander Rd Ste 101, Princeton, NJ 08540-6000 |
| 519533099 | | Mission Lane, LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 518948648 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518948649 | | Prossional Account Management, LLC, PO Box 391, Milwaukee, WI 53201-0391 |
| 518948654 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283 Division Of Taxation, Trenton, NJ 08695-0283 |
| 518948653 | | Sst/medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 519145160 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 06 2022 20:30:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 06 2022 20:30:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518948626 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 06 2022 20:34:28 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518948630 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 20:34:25 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518948637 | | Email/Text: gtercero@crossriver.com | Apr 06 2022 20:29:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 518948627 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 20:34:19 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518948628 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 06 2022 20:34:25 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518948629 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 06 2022 20:34:21 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 518953721 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 20:34:14 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518957782 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 06 2022 20:34:25 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518956501 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 06 2022 20:34:15 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| 518948631 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 20:34:28 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 518948633 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 20:34:17 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518948632 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Apr 06 2022 20:34:17 | Citicards Cbna, Citi Bank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518948634 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Apr 06 2022 20:30:00 | Collins Asset Group, 5725 W Highway 290 Ste 1, Austin, TX 78735-8722 |
| 519000082 | + | Email/Text: bnc@bass-associates.com | | |
| | | | Apr 06 2022 20:29:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518948635 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 06 2022 20:34:20 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518948636 | | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Apr 06 2022 20:34:20 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518948639 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 20:29:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 518953660 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 20:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518948638 | | Email/Text: mrdiscen@discover.com | | |
| | | | Apr 06 2022 20:29:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518948641 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 06 2022 20:34:14 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518948640 | | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Apr 06 2022 20:34:15 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518948642 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Apr 06 2022 20:29:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518952940 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Apr 06 2022 20:34:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518963039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 06 2022 20:34:20 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518948644 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 06 2022 20:34:13 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948645 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Apr 06 2022 20:34:26 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948647 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 06 2022 20:29:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 518948646 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 06 2022 20:29:00 | Pnc Bank, Atn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 519012827 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 06 2022 20:34:15 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518979583 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Apr 06 2022 20:30:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518948650 | | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 06 2022 20:30:00 | Quicken Loans, 662 Woodward Ave, Detroit, MI 48226-3433 |
| 518948651 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 06 2022 20:30:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519016145 | + | Email/Text: bankruptcyteam@quickenloans.com | | |
| | | | Apr 06 2022 20:30:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

District/off: 0312-3                          User: admin                                    Page 3 of 4
Date Rcvd: Apr 06, 2022                       Form ID: pdf905                                 Total Noticed: 54

| | | | | |
|---|---|---|---|---|
| 518948652 | Email/Text: ngisupport@radiusgs.com | | Apr 06 2022 20:29:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518948655 | Email/PDF: gecsedi@recoverycorp.com | | Apr 06 2022 20:34:20 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519016140 | + Email/PDF: gecsedi@recoverycorp.com | | Apr 06 2022 20:34:15 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948927 | + Email/PDF: gecsedi@recoverycorp.com | | Apr 06 2022 20:34:15 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948656 | Email/PDF: gecsedi@recoverycorp.com | | Apr 06 2022 20:34:14 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32801-5060 |
| 518948657 | Email/Text: bankruptcysst@alorica.com | | Apr 06 2022 20:29:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 519533100 | Email/Text: bknotice@upgrade.com | | Apr 06 2022 20:29:00 | Upgrade, Inc., 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 518948658 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | Apr 06 2022 20:29:00 | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518948659 | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | | Apr 06 2022 20:29:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519006531 | *+ | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2022                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | |
| | on behalf of Creditor QUICKEN LOANS  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | |
| | on behalf of Debtor Jennifer A. Mitchell bkclient@straffilaw.com  G25938@notify.cincompass.com;bktrustee@straffilaw.com |

District/off: 0312-3                     User: admin                              Page 4 of 4
Date Rcvd: Apr 06, 2022                  Form ID: pdf905                          Total Noticed: 54

Denise E. Carlon
                     on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

John Michael McDonnell
                     on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

John Michael McDonnell
                     jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com

U.S. Trustee
                     USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 6