Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−20319−KCF
        Chapter:  7
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jennifer A. Mitchell
   49 Abbie Dr
   Little Egg Harbor, NJ 08087−9634

Social Security No.:
   xxx−xx−7203

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

49 Abbie Drive, Little Egg Harbor, New Jersey. and Disney Vacation Member Services, 1390 Celebration Blvd, Celebration, Fl 34747


Dated: May 4, 2022
JAN: wdr

                                                Jeanne Naughton
                                                Clerk