| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jennifer A. Mitchell<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7203<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–20319–KCF | |

# Order of Discharge 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jennifer A. Mitchell

6/10/22                                **By the court:**  Kathryn C. Ferguson
                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Jennifer A. Mitchell  
Debtor

Case No. 20-20319-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 4  
Date Rcvd: Jun 10, 2022 Form ID: 318 Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jennifer A. Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| cr | + | QUICKEN LOANS, LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518948722 | | Kevin Mitchell, 49 Abbie Dr, Little Egg Harbor, NJ 08087-9634 |
| 518948643 | | Loandepot, 619 Alexander Rd Ste 101, Princeton, NJ 08540-6000 |
| 519533099 | | Mission Lane, LLC, PO Box 23075, Columbus, GA 31902-3075 |
| 518948648 | | Professional Account Management, LLC, PO Box 1153, Milwaukee, WI 53201-1153 |
| 518948649 | | Prossional Account Management, LLC, PO Box 391, Milwaukee, WI 53201-0391 |
| 518948654 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, PO Box 283 Division Of Taxation, Trenton, NJ 08695-0283 |
| 518948653 | | Sst/medallion, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 519145160 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 10 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 10 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518948626 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 518948630 | | EDI: CAPITALONE.COM | Jun 11 2022 00:28:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 518948637 | | Email/Text: gtercero@crossriver.com | Jun 10 2022 20:38:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 518948627 | | EDI: CAPITALONE.COM | Jun 11 2022 00:28:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518948628 | | EDI: CAPITALONE.COM | Jun 11 2022 00:28:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 518948629 | | EDI: CAPONEAUTO.COM | Jun 11 2022 00:28:00 | Capital One Auto Finance, 7933 Preston Rd, Plano, TX 75024-2302 |
| 518953721 | + | EDI: AISACG.COM | Jun 11 2022 00:28:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518957782 | + | EDI: AISACG.COM | Jun 11 2022 00:28:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518956501 | + | EDI: AIS.COM | Jun 11 2022 00:28:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518948631 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 518948633 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Citicards Cbna, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 518948632 | | EDI: CITICORP.COM | Jun 11 2022 00:28:00 | Citicards Cbna, Citi Bank, PO Box 6077, Sioux Falls, SD 57117-6077 |
| 518948634 | + | EDI: COLLINSASSET.COM | Jun 11 2022 00:28:00 | Collins Asset Group, 5725 W Highway 290 Ste 1, Austin, TX 78735-8722 |
| 519000082 | + | EDI: BASSASSOC.COM | Jun 11 2022 00:28:00 | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 518948635 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 20:40:38 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518948636 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2022 20:40:38 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 518948639 | | EDI: DISCOVER.COM | Jun 11 2022 00:28:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE 19850-5316 |
| 518953660 | | EDI: DISCOVER.COM | Jun 11 2022 00:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518948638 | | EDI: DISCOVER.COM | Jun 11 2022 00:28:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518948641 | | EDI: AMINFOFP.COM | Jun 11 2022 00:28:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518948640 | | EDI: AMINFOFP.COM | Jun 11 2022 00:28:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 518948642 | | EDI: IRS.COM | Jun 11 2022 00:28:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518952940 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 10 2022 20:40:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518963039 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518948644 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:46 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948645 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 10 2022 20:40:45 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518948647 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2022 20:38:00 | Pnc Bank, 2730 Liberty Ave, Pittsburgh, PA 15222-4704 |
| 518948646 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 10 2022 20:38:00 | Pnc Bank, Atn: Bankruptcy Department, PO Box 94982, Cleveland, OH 44101-4982 |
| 519012827 | | EDI: PRA.COM | Jun 11 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 518979583 | + | EDI: JEFFERSONCAP.COM | Jun 11 2022 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518948650 | | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 20:39:00 | Quicken Loans, 662 Woodward Ave, Detroit, MI 48226-3433 |
| 518948651 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 20:39:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519016145 | + | Email/Text: bankruptcyteam@quickenloans.com | Jun 10 2022 20:39:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518948652 | | EDI: PINNACLE.COM | Jun 11 2022 00:28:00 | Radius Global Solutions, LLC, PO Box 390905, Minneapolis, MN 55439-0905 |
| 518948655 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 519016140 | + | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948927 | + | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518948656 | | EDI: RMSC.COM | Jun 11 2022 00:28:00 | Synchrony Bank/ Jc Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32801-5060 |
| 518948657 | | Email/Text: bankruptcysst@alorica.com | Jun 10 2022 20:37:00 | Systems & Services Technologies, Inc., Attn: Bankruptcy, 4315 Pickett Rd, Saint Joseph, MO 64503-1600 |
| 519533100 | | Email/Text: bknotice@upgrade.com | Jun 10 2022 20:37:00 | Upgrade, Inc., 2 N. Central Avenue, Floor 10, Phoenix, AZ 85004 |
| 518948658 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jun 10 2022 20:38:00 | US Dept of Ed/Glelsi, PO Box 7860, Madison, WI 53707-7860 |
| 518948659 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Jun 10 2022 20:38:00 | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, PO Box 7860, Madison, WI 53707-7860 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519006531 | *+ | Collins Asset Group, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 12, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 10, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor QUICKEN LOANS LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Daniel E. Straffi | on behalf of Debtor Jennifer A. Mitchell bkclient@straffilaw.com G25938@notify.cincompass.com;bktrustee@straffilaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Jun 10, 2022 | Form ID: 318 | Total Noticed: 54 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor QUICKEN LOANS  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,bcrowley@mchfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6